*FROM THE OFFICE OF THE*
**FAMILY AND CONSUMER LAW CENTER**
*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

MAY 26 2005

March 20, 2005

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

First Horizon
Mail Code 6412, 4000 Horizon Way
Irving, TX 75063

**Re: Notice of Rescission by Anthony Pacheco, 3888 Flat River Road, Coventry, Rhode Island 02816, Loan Number: 0043358837, Closing Date: 10/23/2003.**

To Whom It May Concern:

I represent Anthony Pacheco concerning the loan transaction he entered into with First Horizon Home Loan Corporation on October 23, 2003, in which he subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corporation. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Pacheco was not provided with an accurate copy of the notice of his right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by First Horizon Home Loan Corporation on Pacheco's property located at 3888 Flat River Road, Coventry, Rhode Island is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very Truly Yours,
Anthony Pacheco
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

c/c: Anthony Pacheco

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER
P.O. BOX 479
PAWTUCKET, RHODE ISLAND 02862

7110 1093 9385 0000 0573

1600 U.S. POSTAGE PB3587642
3742 $04.420 MAY 20 2005
MAILED FROM ZIP CODE 02860

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

LOW VALUE

1340 PB3587642
3702 $00.000 MAY 23 2005
7790 MAILED FROM ZIP CODE 02860

NAME________
1st Notice________
2nd Notice________
Return________

03110+6086 32