UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br>Plaintiff,<br>v.<br>ANTHONY PACHECO,<br>Defendant. | Civil Action No. 05-264-S ML |

**NOTICE OF CLASS CERTIFICATION ORDER**

Pursuant to this Court's Order dated July 18, 2005 requiring notification of any ruling on the Motion for Class Certification in *McKenna v. First Horizon Home Loan Corporation,* C.A. No. 1:04-cv-10370, United States District Court, District of Massachusetts, attached hereto as Exhibit A is the court's Order on Motion for Class Certification.

First Horizon Home Loan Corporation further notifies this Court of its intention to file a petition under Federal Rule of Civil Procedure 23(f) seeking appellate review of the Order for Class Certification.

FIRST HORIZON HOME LOAN CORPORATION,

By its attorney,

John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for [illegible] April 6, 2006

Dated: April 6, 2006

LIBA/1689270.1