UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br>Plaintiff,<br>v.<br>ANTHONY PACHECO,<br>Defendant. | Civil Action No. 05-264 (S) |

**STATUS REPORT**

Pursuant to the Court's request of October 30, 2006, plaintiff First Horizon Home Loan Corporation ("First Horizon") hereby submits the following status report.

On July 18, 2005, this Court granted First Horizon's Unopposed Motion to Stay All Activity until class certification is decided by the United States District Court for the District of Massachusetts in the case of *McKenna, et al. v. First Horizon Home Loan Corp.*, C.A. No. 04-10370 (RCL). On April 6, 2006, First Horizon notified this Court that the District of Massachusetts had issued its ruling in the *McKenna* case, and that First Horizon intended to seek appellate review of the Order for Class Certification.

Since that time, the United States Court of Appeals for the First Circuit granted First Horizon's petition for interlocutory review under Federal Rule of Civil Procedure 23(f). The First Circuit set a full briefing schedule, and the briefing is now complete. Oral argument is scheduled to be heard on December 6, 2006.

First Horizon respectfully suggests that the stay entered in this case should continue in place until the First Circuit issues its decision. If the stay is continued, First Horizon would agree to notify the Court of the First Circuit's decision within seven (7) days thereafter.

FIRST HORIZON HOME LOAN CORPORATION,

By its attorney,

/s/ John B. Daukas
John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: November 7, 2006

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 7, 2006. The foregoing document will be available for viewing and downloading from the ECF system.

/s/ John B. Daukas
John B. Daukas (R.I. Bar # 5437)