UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FIRST HORIZON HOME LOAN CORPORATION

v. CA 05-264 ML

ANTHONY PACHECO

ORDER

In the above-captioned matter, Plaintiff's counsel has filed a status report and request to continue the stay. It is hereby ORDERED that the stay shall continue in this case. Plaintiff's counsel shall submit a status report on the progress of litigation before the Court of Appeals on or before June 15, 2007.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
November 8 , 2006