David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

October 12, 2007

TO: John Daukas, Esq.

RE: First Horizon v. Stephen Piette
CA 05-262ML

First Horizon v. Ronald McDermott
CA 05-263ML

First Horizon v. Anthony Pacheco
CA 05-264ML

Dear Counselor:

Judge Lisi is requesting a written status report relative to the above-captioned case. Kindly elecontrically submit a status report to Judge Lisi by **October 26, 2007.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta

Barbara Barletta
Deputy Clerk